LOEB & LOEB LLP
MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendants
SPACELABS HEALTHCARE, INC.
and SPACELABS HEALTHCARE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| MATTHEW WICKAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPACELABS HEALTHCARE, INC., a California Corporation; SPACELABS HEALTHCARE, LLC, an unknown entity; MARILYN FLOOD, an individual; and Does 1 through 50, Inclusive ,<br><br>　　　　Defendant. | Case No.:<br><br>**DECLARATION OF PATRICK IP IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10204259.4
205264-10001

DECLARATION OF PATRICK IP

## DECLARATION OF PATRICK IP

I, Patrick Ip, declare as follows:

1. I am currently appointed as the Treasurer for Spacelabs Healthcare, Inc. and Spacelabs Healthcare, LLC (collectively "Spacelabs"). I have occupied this position since 2009. I make this declaration in support of Spacelabs' Notice of Removal of Action from State Court. The facts set forth below are of my own personal knowledge, and if called and sworn as a witness, could and would competently testify thereto.

2. Based on my review of Spacelabs' internal business records, attached hereto as **Exhibit 1** is a true and correct copy of the envelopes received on behalf of Spacelabs Healthcare, Inc. and Spacelabs Healthcare, LLC containing the Summons and Complaint filed by plaintiff Matthew WICKAM ("Plaintiff") in the civil action, entitled *Matthew WICKAM v. Spacelabs Healthcare, Inc.; Spacelabs Healthcare, LLC; and Marilynn Flood*, Case No. BC621738.

3. Based on my review of Spacelabs' internal business records, it is my understanding that Plaintiff was, at the time the complaint was filed, and is, as of the date of Spacelabs' removal, a citizen of the State of California.

4. Spacelabs Healthcare, LLC is a limited liability company organized under the laws of the State of Washington. Its principal place of business is 35301 SE Center Street, Snoqualmie, Washington 98065. This information was true both at the time of the filing of the complaint and as of the date of the filing of Spacelabs' Notice of Removal. The limited liability company is a subsidiary of Spacelabs Healthcare, Inc. and the nucleus of the Spacelabs Healthcare organization. It holds all of administrative and support functions for the Spacelabs Healthcare U.S. operations, including, research and development, finance, service, sales, legal, and management, while Spacelabs Healthcare, Inc. merely holds the manufacturing operations. The majority of the appointed officers of the limited liability company who direct, control, and coordinate the daily activities of the company and

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10204259.4
205264-10001

2

DECLARATION OF PATRICK IP

corporation are located in Washington. A true and correct copy of the Corporations Division—Registration Data Search for Spacelabs Healthcare, LLC from the Washington Secretary of State's website is attached hereto as **Exhibit 2.**

5.  Spacelabs Healthcare, Inc. is a corporation incorporated in the State of Delaware. Its principal place of business is 35301 SE Center Street, Snoqualmie, Washington 98065. Snoqualmie, Washington is where the corporate headquarters are located and where the activities are directed, controlled, and coordinated predominantly through its subsidiary Spacelabs Healthcare, LLC. This information was true both at the time of the filing of the complaint and as of the date of the filing of Spacelabs' Notice of Removal. A true and correct copy of the Corporations Division—Registration Data Search for Spacelabs Healthcare, Inc. from the Washington Secretary of State's website is attached hereto as **Exhibit 3.**

6.  Contrary to the allegations in the Complaint, Spacelabs Healthcare, Inc.'s principal place of business is not 12525 Chadron Avenue, Hawthorne, California 90250. Spacelabs Healthcare, Inc. is registered to do business in California and as such, has listed its parent company's address in Hawthorne, California to handle associated administrative services, such as receiving notices for renewal of its business license. Spacelabs Healthcare, Inc. has no office or employees at 12525 Chadron Avenue, Hawthorne, California 90250. Its principal place of business (as described above) is in Washington.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10204259.4
205264-10001

3

DECLARATION OF PATRICK IP

1  I declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct.
3  Executed this 15th day of July, 2016, Snoqualmie, Washington.

_____
PATRICK IP

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10204259.4
205264-10001

4

DECLARATION OF PATRICK IP

# Exhibit 1

Exhibit 1



USPS FIRST CLASS MAIL®

062S0008420973
FROM 92618
06/06/2016

US POSTAGE & FEES PAID
8 OZ FIRST-CLASS FLATS RATE

Branigan Robertson
9891 Irvine Center Dr Suite 200
Irvine CA 92618-4320

R103

SHIP TO:
Kathleen Callaghan
Senior Legal Counsel
Spacelab's Healthcare
35301 SE Center St.
Snoqualmie WA 98065-9216

SANTA ANA CA 926

06 JUN 2015 PM 7 L

Kathleen Callaghen
Senior Legal Counsel
Spacelabs Healthcare Inc.
35301 SE Center St.
Snoqualmie, WA 98065

9806552160I

**Branigan Robertson**
Employee Rights Attorney
9891 Irvine Center Drive, Suite 200
Irvine, CA 92618

# Exhibit 2

Exhibit 2

> **!** Due to technical difficulties some search results may not be current or reflect the most recent filing. We are hoping to have this corrected shortly.

## SPACELABS HEALTHCARE, L.L.C.

| | |
|---|---|
| UBI Number | 602678651 |
| Category | LLC |
| Active/Inactive | Active |
| State Of Incorporation | WA |
| WA Filing Date | 12/21/2006 |
| Expiration Date | 12/31/2016 |
| Inactive Date | |
| Duration | |
| Registered Agent Information | |
| Agent Name | SPACELABS HEALTHCARE INC |
| Address | 35301 SE CENTER ST |
| City | SNOQUALMIE |
| State | WA |
| ZIP | 980659216 |
| Special Address Information | |
| Address | |
| City | |
| State | |
| Zip | |

### Governing Persons

| Title | Name | Address |
|---|---|---|
| Other | SPACELABS HEALTHCARE LLC, * | 35301 SE CENTER ST<br>SNOQUALMIE, WA 98065 |

# Exhibit 3

# Exhibit 3

⚠ Due to technical difficulties some search results may not be current or reflect the most recent filing. We are hoping to have this corrected shortly.

## SPACELABS HEALTHCARE (WASHINGTON), INC.

| | |
|---|---|
| UBI Number | 602379458 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | DE |
| WA Filing Date | 05/27/2005 |
| Expiration Date | 05/31/2017 |
| Inactive Date | |
| Duration | Perpetual |
| Registered Agent Information | |
| Agent Name | CT CORPORATION SYSTEM |
| Address | 505 UNION AVE SE STE 120 |
| City | OLYMPIA |
| State | WA |
| ZIP | 98501 |
| Special Address Information | |
| Address | |
| City | |
| State | |
| Zip | |

### Governing Persons

| Title | Name | Address |
|---|---|---|
| Director | JENSEN, PATRICK | 35301 S E CENTER STREET, SNOQUALMIE, WA 98065 |
| Other | CALLAGHAN, KATHLEEN | 12730 NE 28TH STREET, BELLEVUE, WA 98005 |
| President | CHOPRA, DEEPAK | 12525 CHADRON AVE, HAWTHORNE, CA 90250 |
| Secretary | SZE, VICTOR | 12525 CHADRON AVE, HAWTHORNE, CA 90250 |
| Treasurer | IP, PATRICK | 12612 ADAIR CREEK WAY NE, REDMOND, WA 98053 |