LOEB & LOEB LLP
MICHELLE M. LA MAR (SBN 163038)
mlamar@loeb.com
ERIN M. SMITH (SBN 235039)
esmith@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendants
SPACELABS HEALTHCARE, INC.
and SPACELABS HEALTHCARE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| MATTHEW WICKAM, <br><br> Plaintiff, <br><br> v. <br><br> SPACELABS HEALTHCARE, INC., a California Corporation; SPACELABS HEALTHCARE, LLC, an unknown entity; MARILYN FLOOD, an individual; and Does 1 through 50, Inclusive, <br><br> Defendant. | Case No.: <br><br> **DECLARATION OF MARILYN FLOOD IN SUPPORT OF NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441, AND 1446** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

10204284.1
205264-10001

DECLARATION OF MARILYN FLOOD

## DECLARATION OF MARILYN FLOOD

I, Marilyn Flood, declare as follows:

1. I am currently employed as the Western Area Sales Director for Spacelabs Healthcare, Inc. and Spacelabs Healthcare, LLC (collectively "Spacelabs"). I have occupied this position since June 2014. I make this declaration in support of Spacelabs' Notice of Removal of Action from State Court. The facts set forth below are of my own personal knowledge, and if called and sworn as a witness, could and would competently testify thereto.

2. I was, at the time the complaint was filed, and am, as of the date of Spacelabs' removal, a citizen of the State of Texas. I have resided in the State of Texas for the past 32 years. I intend on staying in Texas for the remainder of my lifetime.

3. I consent to the Spacelabs' Notice of Removal of Action, my signed Joinder is being filed concurrently herewith.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of July, 2016, Dallas, Texas.

_____
MARILYN FLOOD

Loeb & Loeb
Limited Liability Partnership
Including Professional
Corporations

10204284.1205264-10001