JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV16-05246-RGK (FFMx) | Date | July 28, 2016 |
|---|---|---|---|
| Title | *MATTHEW WICKAM v. SPACELABS HEALTHCARE, INC.* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

On May 25, 2016, Matthew Wickam ("Plaintiff") filed a complaint against Spacelabs Healthcare, Inc. ("Defendant") alleging claims under the California Government Code, including disability discrimination, failure to provide reasonable accommodation, failure to engage in the interactive process, and harassment, and a claim for wrongful termination in violation of public policy.

On July 15, 2016, Defendant removed the action to this Court alleging jurisdiction on the grounds of diversity of citizenship. Upon review of Defendant's Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involves an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege that the amount in controversy has been met, the removing defendant must supply this jurisdictional fact in the Notice of Removal by a preponderance of the evidence. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566-567 (9th Cir. 1992).

Here, Plaintiff has not alleged that the amount has been meet. In its Notice of Removal, Defendant argues the following, as evidence that the requisite amount in controversy has been satisfied: (1) it "is evident from the nature and extent of Plaintiff's Complaint and Prayer, the amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs" (Notice of Removal, 5:20-22); and (2) "in addition to general, special, and compensatory damages, the

Complaint seeks punitive damages and attorney's fees" (*Id*. at 5:22-24). These statements alone fail to satisfy the burden of showing by a preponderance of the evidence that the amount in controversy meets the jurisdictional requirement.

In light of the foregoing, the action is hereby **remanded** to state court for all further proceedings.

**IT IS SO ORDERED.**

                                               : 
Initials of Preparer